report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall,* 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Plaintiff's arguments and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#33) and, therefore, **GRANTS** Defendant's Motion (#27) to Dismiss.  Accordingly, the Court **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 14th day of August, 2013.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

2 - ORDER

report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall,* 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

    This Court has carefully considered Plaintiff's arguments and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings.

## CONCLUSION

    The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#33) and, therefore, **GRANTS** Defendant's Motion (#27) to Dismiss.  Accordingly, the Court **DISMISSES** this matter **with prejudice.**

    IT IS SO ORDERED.

    DATED this 14th day of August, 2013.

                                           /s/ Anna J. Brown
                                           _____
                                           ANNA J. BROWN
                                           United States District Judge