report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall,* 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Plaintiff's arguments and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#33) and, therefore, **GRANTS** Defendant's Motion (#27) to Dismiss.  Accordingly, the Court **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 14th day of August, 2013.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

report.  28 U.S.C. § 636(b)(1).  See also Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc).

This Court has carefully considered Plaintiff's arguments and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record de novo and does not find any error in the Magistrate Judge's Findings.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#33) and, therefore, **GRANTS** Defendant's Motion (#27) to Dismiss.  Accordingly, the Court **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 14th day of August, 2013.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

2 - ORDER