# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

PHI CAM LUONG,                                    3:12-cv-01220-HU

                                                  **JUDGMENT**
                        Plaintiff,                **OF DISMISSAL**

v.

U.S. BANK NATIONAL ASSOCIATION,

                 Defendant.

Based upon the Court's Order (#39) issued August 14, 2013, granting Defendant's Motion

(#27) to Dismiss, the Court **DISMISSES** this matter **with prejudice**.

Dated this 14th day of August, 2013.

ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL