UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHI CAM LUONG, | No. 3:12-cv-01220-HU |
| Plaintiff, | **OPINION AND ORDER** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, | |
| Defendant. | |

Phi Cam Luong
3113 SE 51st Ave.
Portland, OR 97206
Telephone: (503) 539-0415

    Pro Se Plaintiff

Janine C. Blatt
Email: janine@jjdlaw.com
DRUCKMAN & BLATT, P.C.
0424 S.W. Iowa Street
Portland, OR 97239
Telephone: (503) 241-5033
Facsimile: (503) 241-9033

    Attorney for Defendant

Page 1 - OPINION AND ORDER

HUBEL, Magistrate Judge:

On June 20, 2013, this Court issued a Findings and Recommendation, in which it recommended granting Defendant U.S. Bank National Association's motion to dismiss this employment-related action with prejudice. Plaintiff Phi Cam Luong ("Plaintiff") filed timely objections to the Findings and Recommendation. On August 14, 2013, Judge Brown adopted the Court's Findings and Recommendation in its entirety, and a judgment of dismissal was entered.

Now before the Court is Plaintiff's Motion to Meet Judge Hubel, filed on September 13, 2013. In the motion, Plaintiff and a third party "mediator"/ translator, Bick Huynh, seek to meet with the undersigned to discuss the legal underpinnings of the June 20, 2013 Findings and Recommendation. It is well settled that "[a] judge shall not initiate, permit, or consider ex parte communications . . . except . . . ex parte communications for scheduling, administrative purposes or emergencies that do not deal with substantive matters or issues on the merits." *Wisdom v. Michaelson*, No. 1:10-cv-002-CWD, 2011 WL 1100792, at *3 n.3 (D. Idaho Mar. 22, 2011), *aff'd in part* and *vacated in part on other grounds*, 2013 WL 2242654 (9th Cir. 2013).

It is also noteworthy that, on September 13, 2013, Plaintiff filed the pending motion, and less than two hours later she filed a notice of appeal of the dismissal of her case. "The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and

Page 2 - OPINION AND ORDER

divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58-59 (1982) (per curiam).

    Because the ex parte conference requested by Plaintiff is not appropriate, and because this Court no longer has jurisdiction of the substantive issues Plaintiff wishes to discuss privately with the Court, Plaintiff's Motion (Docket No. 43) to Meet Judge Hubel is denied.

    IT IS SO ORDERED

    Dated this 17th day of September, 2013.

/s/ Dennis J. Hubel
_____
DENNIS J. HUBEL
United States Magistrate Judge

Page 3 - OPINION AND ORDER